# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141982

JOSEPH PUTRUSS,
    Plaintiff-Appellant,

v

                 SC: 141982
                 COA: 291160
                 Oakland CC: 2008-095241-CH

MARY A. & EDWARD P. O'HALLORAN
TRUST and EDWARD P. O'HALLORAN
TRUST,
    Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the August 5, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

d0228